IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Mary Grzanecki | ) | |
|     Plaintiffs | ) | Case No: 12 C 7583 |
| | ) | |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| Zwerling, et al. | ) | |
|     Defendant | ) | |
| | ) | |

## ORDER

Motion hearing on defendants' motion to dismiss [34] held on 7/16/2013 and continued to 8/6/2013 at 8:30 a.m. Plaintiff is to file a motion for attorney representation by 7/19/2013. Briefing on all pending motions is stayed until further order of court.

(T:0:05)

Date: July 16, 2013

_____
U.S. District Judge Joan H. Lefkow